# DISTRICT OF COLUMBIA COURT OF APPEALS

| | | | | |
|---|---|---|---|---|
| Minger v. U.S. | 15–CF–829, 16–CO–1106 | 09/28/2017 | Affirmed | McCabe |
| Amiri v. Adereni | 16–CV–356 | 09/25/2017 | Affirmed | Rankin |
| Duncan v. U.S. | 15–CF–1403 | 09/25/2017 | Affirmed | Bush |
| E.L., In re | 14–FS–1161 | 09/21/2017 | Affirmed in part, Reversed in part, Vacated in part | Pasichow |
| Cofield v. U.S. | 16–CM–251 | 09/21/2017 | Vacated and Remanded | Bayly, Jr. |
| Sales v. U.S. | 16–CM–82 | 09/20/2017 | Affirmed | Winston |
| Ponds v. Bourdon | 16–CV–915, 16–CV–1040 | 09/20/2017 | Affirmed | Holeman |
| Garrett v. U.S. | 16–CM–348 | 09/15/2017 | Affirmed in part, Remanded in part, Reversed in part | Richter |
| Crockett v. U.S. | 15–CF–678 | 09/15/2017 | Remanded | Richter |
| Dubose v. U.S. | 16–CF–610 | 09/12/2017 | Affirmed | McKenna |
| Watson v. U.S. | 15–CO–1228 | 09/08/2017 | Affirmed | Keary |
| Walker v. U.S. | 15–CF–308 | 09/07/2017 | Affirmed | Lee |
| Porter v. U.S. | 16–CM–290 | 09/07/2017 | Affirmed | Greene |
| Hapugalle v. Brewton | 16–CV–501 | 09/07/2017 | Affirmed | Holeman |